# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. JOHN MCCANTS** | **PLAINTIFF** |
| v. | **CASE NO. 1:21-cv-18-TBM-RPM** [UNDER SEAL] |
| **HUNTINGTON INGALLS INDUSTRIES, INC. and INGALLS SHIPBUILDING, INC.** | **DEFENDANTS** |

## ORDER REGARDING UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Because the United States of America (the Government) has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court ORDERS as follows:

1. The Complaint [3] and all its accompanying attachments [3-1 through 3-15] be unsealed and served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention [6], which the Relator shall serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3);

5. All orders of this Court shall be sent to the Government's counsel;

6. The Government may order any deposition transcripts;

7. The parties shall serve all notices of appeal upon the Government;

8. The Government is entitled to intervene in this action, for good cause, at any time;

9. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Government before ruling or granting its approval; and

10. The Government retains its right to seek dismissal of the Relator's action or claim.

SO ORDERED AND ADJUDGED this the 7th day of July, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE