IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA, ex rel. JOHN MCCANTS**  PLAINTIFF

v.  CASE NO. 1:21-cv-18-TBM-RPM

**HUNTINGTON INGALLS INDUSTRIES, INC. and INGALLS SHIPBUILDING, INC.**  DEFENDANTS

**ORDER**

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice [7] of this action and the United States of America having filed its Notice of Consent to Dismissal Without Prejudice [9], pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court ORDERS as follows:

This action is DISMISSED WITHOUT PREJUDICE as to Relator John McCants and as to the United States of America.

The Court FURTHER ORDERS that the seal shall be lifted upon Relator's Notice of Voluntary Dismissal Without Prejudice [7]. All other currently sealed contents of the Court's file in this action shall remain under seal and not be made public.

SO ORDERED AND ADJUDGED this the 7th day of July, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE